UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

Tamara H. Potkay,

    Plaintiff,

Civil Action No. 2014-CV-00181-CNC

v.

David Ament, individually and in his
official capacity, and the City of New Berlin,

    Defendants.

---

NOTICE OF MOTION AND MOTION TO HOLD DEFENDANTS IN CONTEMPT
OR IN THE ALTERNATIVE TO SUPPLEMENT
THE COURT'S INJUNCTIVE ORDER OF JULY 24, 2014

---

TO:    David Ament,
       City of New Berlin

       c/o Gregg J. Gunta
       9898 W. Bluemound Rd., Suite 2
       Wauwatosa, WI  53226


       c/o Mark G. Blum
       New Berlin City Attorney
       Hippenmeyer Reilly Moodie Blum S.C.
       720 Clinton St.
       P.O. Box 766
       Waukesha, WI  53187

    PLEASE TAKE NOTICE that the hereinbelow MOTION TO HOLD DEFENDANTS IN

CONTEMPT OR IN THE ALTERNATIVE TO SUPPLEMENT THE COURT'S INJUNCTIVE

ORDER OF JULY 24, 2014 will be brought on for hearing as soon as the Court, Hon. Charles N.

1

Clevert, Jr., Judge presiding, shall determine.

NOW COMES the plaintiff, Tamara H. Potkay, by her attorney, Walter F. Kelly, S.C. by Walter F. Kelly, and hereby moves this Court to HOLD THE DEFENDANTS IN CONTEMPT OR IN THE ALTERNATIVE TO SUPPLEMENT THE COURT'S INJUNCTIVE ORDER OF JULY 24, 2014.

This MOTION is premised upon this Court's Decision and Order of July 24, 2014, 18 U.S.C. § 401(3), and Rule 65 of the Fed. R. Civ. P. and upon the fact that the defendants have evaded and obstructed the Court's Decision and Order of July 24, 2014, as more fully set forth in the SECOND AFFIDAVIT OF TAMARA H. POTKAY, Exhibits 1-15 thereto, the entire record in this case, and PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO HOLD THE DEFENDANTS IN CONTEMPT OR IN THE ALTERNATIVE TO SUPPLEMENT THE COURT'S INJUNCTIVE ORDER OF JULY 24, 2014.

Dated at Milwaukee, Wisconsin this 2nd day of October, 2014.

/s/ Walter F. Kelly
Walter F. Kelly
State Bar No. 1012283
Email: attywfkelly@hotmail.com
WALTER F. KELLY, S.C.
Attorney for Plaintiff
222 East Erie Street, Suite 210
Milwaukee, WI 53202
Ph:   414-271-6989
Fax:  414-271-8442

2

Case 2:14-cv-00181-CNC   Filed 10/02/14   Page 2 of 2   Document 27